**Order entered November 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01553-CR
### No. 05-13-01554-CR

---

## JOHN MICHAEL JONES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause Nos. F12-62863-J, F13-00350-J

---

## ORDER

The Court **REINSTATES** the appeal of cause no. 05-13-01553-CR.

On October 22, 2014, we ordered the trial court to make findings regarding supplementing the record with the guilt-phase jury charge for cause no. 05-13-01553-CR. We **ADOPT** the findings that: (1) the original guilt-phase charge was lost sometime after the jury returned the guilty verdict; (2) based on the portion of the reporter's record attached to the findings, the guilt-phase jury charge for this case is identical to the guilt-phase charge that involved the same offense tried jointly regarding co-defendant Morris Jones; (3) the trial court read the entire jury charge against Morris Jones, which was transcribed by the court reporter; (4)

the parties agreed that the missing jury charge could be reconstructed and a copy of the reconstructed charge is attached to the findings.

We note that appellant filed his brief on August 5, 2014, but the State has neither filed its brief nor requested an extension of time to file its brief. Accordingly, we **ORDER** the State to file its brief in these appeals within thirty days of the date of this order.


/s/    ADA BROWN
           JUSTICE